# UNDER SEAL

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

DOCKET NO. 3:13CR 263

**ORDER TO SEAL**
**INDICTMENT**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **(1) RICO ANTWAN BARNETT** | ) |
| **(2) PATRICK GERARD CHAMBERS,** | ) |
| **a/k/a P-CHAINS** | ) |
| **(3) ROBERT CHAVIUS FLOYD** | ) |
| **(4) RASHON DONTE HUNTER** | ) |
| **(5) OMARIS DUSHAWN MCMILLER,** | ) |
| **a/k/a TURBO** | ) |
| **(6) DENNIS JAMERE PAGAN,** | ) |
| **a/k/a MERE** | ) |
| **(7) MELVIN EUGENE BURRIS, JR.** | ) |
| **(8) DARRAL JAVARIUS ANDERSON,** | ) |
| **a/k/a LITTLE PETE** | ) |
| **(9) MICHAEL TRAVIS FLOYD,** | ) |
| **a/k/a CHAD** | ) |
| **(10) JOSHUA RODREGUS GLENN,** | ) |
| **a/k/a PAPER** | ) |
| **(11) JAMES EDGAR TYLER,** | ) |
| **a/k/a WHITE BOY** | ) |
| **(12) BRYAN ANTHONY SANDERS,** | ) |
| **a/k/a BUBBA** | ) |
| **(13) KENNETH MAURICE PRESSLEY,** | ) |
| **a/k/a NEW YORK** | ) |
| **(14) JERMAINE ANTONIO ROSS,** | ) |
| **a/k/a ROCK** | ) |

UPON MOTION of the United States of America, by and through Anne M. Tompkins,

United States Attorney for the Western District of North Carolina, for an Order directing that the

Indictment, Arrest Warrants, Motion to Seal, and any Order issued pursuant thereto be sealed to

protect the secrecy of the ongoing investigation until further Order of this Court,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrants, Motion to Seal, and this

Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This __18__ day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE