**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CR-263-RJC-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| **(1)  RICO ANTWAN BARNETT,** | ) | |
| **(2)  PATRICK GERARD CHAMBERS,** | ) | |
|       a/k/a P-CHAINS | ) | |
| **(3)  ROBERT CHAVIUS FLOYD,** | ) | |
| **(4)  RASHON DONTE HUNTER,** | ) | |
| **(5)  OMARIS DUSHAWN MCMILLER,** | ) | |
|       a/k/a TURBO | ) | |
| **(6)  DENNIS JAMERE PAGAN,** | ) | |
|       a/k/a MERE | ) | |
| **(7)  MELVIN EUGENE BURRIS, JR.,** | ) | |
| **(8)  DARRAL JAVARIUS ANDERSON,** | ) | |
|       a/k/a LITTLE PETE | ) | |
| **(9)  MICHAEL TRAVIS FLOYD,** | ) | |
|       a/k/a CHAD | ) | |
| **(10) JOSHUA RODREGUS GLENN,** | ) | |
|       a/k/a PAPER | ) | |
| **(11) JAMES EDGAR TYLER,** | ) | |
|       a/k/a WHITE BOY | ) | |
| **(12) BRYAN ANTHONY SANDERS,** | ) | |
|       a/k/a BUBBA | ) | |
| **(13) KENNETH MAURICE PRESSLEY,** | ) | |
|       a/k/a NEW YORK | ) | |
| **(14) JERMAINE ANTONIO ROSS,** | ) | |
|       a/k/a ROCK, | ) | |
| **Defendants.** | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Unseal Indictment" (Document No. 41) filed September 30, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Unseal Indictment" (Document No. 41) is **GRANTED**.

**SO ORDERED**.

Signed: October 1, 2013

David C. Keesler
United States Magistrate Judge