IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00263-RJC

| | |
|---|---|
| USA, ) | |
|     Plaintiff, ) | |
| v. ) | **ORDER** |
| RICO ANTWAN BARNETT (1), ) | |
| OMARIS DUSHAWN MCMILLER (5), ) | |
| MICHAEL TRAVIS FLOYD (9), ) | |
| JOSHUA RODREGUS GLENN (10), ) | |
|     Defendants. ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 225), the Superseding Indictment, (Doc. No. 108), in its entirety as to Omaris Dushawn McMiller, Michael Travis Floyd, and Joshua Rodregus Glenn following their pleas to Informations, and Count Five as to Rico Antwan Barnett, without prejudice.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 225), is **GRANTED** and the Superseding Indictment, (Doc. No. 108), is **DISMISSED** as to Omaris Dushawn McMiller, Michael Travis Floyd, and Joshua Rodregus Glenn, without prejudice, and Count Five is **DISMISSED** as to Rico Antwan Barnett, without prejudice.

Signed: May 30, 2014

Robert J. Conrad, Jr.
United States District Judge